## BALDWIN *against* CARTER.

**IN ERROR,** on *certiorari* to a justice's court.

*Where in a jus-*
*tice's court the*
*cause has been*
*adjourned to a*
*future day, at*
*a certain hour,*
*when the de-*
*fendant ap-*
*pears, but the*
*justice does*
*not arrive until*
*an hour after,*
*and in about*
*twenty min-*
*utes is follow-*
*ed by the plain-*
*tiff, and the de-*
*fendant on see-*
*ing the plain-*
*tiff goes away*
*declaring that*
*the cause is*
*out of court,*
*althoug h ap-*
*prized by the*
*justice that he*
*should call it*
*immediately,*
*the delay does*
*not, under the*
*circumstances*
*of the case, a-*
*mount to a*
*discontinu-*
*ance, and a*

The defendant in error brought an action in the court be-
low against the plaintiff in error, in which, after issue joined,
the cause was adjourned to a future day, at two o'clock in the
afternoon. The defendant below appeared at the time, but the
justice did not come until three o'clock, or a little after, when,
the plaintiff below not having arrived, the defendant urged the
justice to call the cause. The justice, however, delayed un-
til about twenty minutes after three, at which time the plain-
tiff appeared, and the defendant, on seeing him, went away,
declaring that the cause was out of court, by reason of the
delay, although the justice apprized him that he should call
the cause immediately. The trial proceeded, and verdict
and judgment were given for the plaintiff below.

*Per Curiam.* The only point in this case is, whether the
delay was such as to authorize the defendant below to consi-
der the cause discontinued: and we think, under the circum-
stances stated in the case, that it was not. The defendant

judgment rendered for the plaintiff on an *ex parte* hearing, will not be set aside, as the defendant
must be deemed to have voluntarily abandoned the cause.

waited until the justice and plaintiff both arrived, and was apprized by the justice that he was about calling the parties. The defendant, therefore, wilfully absented himself after he knew that the trial was to take place : he must, therefore, be considered as having voluntarily abandoned his cause. (12 *Johns. Rep.* 217.) Had he gone away before the plaintiff appeared, and under an impression that the cause would not be called, the delay, perhaps, was such, as might now entitle him to relief; but the circumstances under which he with-drew destroy all ground of complaint. The judgment must accordingly be affirmed.

<div style="text-align:right">Judgment affirmed.</div>